UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARA LEE, | : | DOCKET NO.: 3:02CV819 (PCD) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD/HARTFORD | : | |
| PUBLIC SCHOOLS, AND ANTHONY | : | |
| AMATO, | : | |
|     Defendants. | : | December 17, 2003 |

**MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE TRIAL PREPARATION ORDER**

Pursuant to Local Rule 7(b)2, plaintiff hereby requests a thirty day enlargement of the time lines set forth in the Trial Preparation Order issued by the Court.

There is good and sufficient reason for the granting of this request, as the time limitations cannot reasonably be met despite the diligence of the parties. In support of this Motion plaintiff respectfully represents as follows:

1. Although the Trial Preparation Order was dated December 11, it was received in the offices of counsel for both plaintiff and defendants today, December 17, 2003. Plaintiff's counsel received it in mid-afternoon upon return from court.

2. Plaintiff's counsel, a sole practitioner, is in the midst of preparing a summary judgment opposition in another case, as well as an appeal, discovery responses and necessary tasks in other cases.

3. Plaintiff's counsel contacted the office of defense counsel and learned that <u>defense</u>

counsel Joseph McQuade has been hospitalized and requires surgery to address a potentially serious health problem. He has neither seen the Trial Preparation Order and the Ruling on Motion for Summary Judgment, nor is he likely to turn his attention to it before the first deadline stated in the Order.

4. Since the next two weeks include only three business days each, the Court has essentially provided only nine business days to comply with Section A of the Trial Preparation Order, and plaintiff's counsel represents that she cannot do justice to the task in this time, given a January 7 deadline on a summary judgment motion, a December 30 deadline on voluminous and complex discovery responses, an appeal deadline of December 24 and other matters.

5. The undersigned is authorized to represent that no other attorney in defense counsel's office can reasonably prepare to try the case on such short notice. It is hoped that Mr. McQuade will return to the office within a few weeks, and we will keep the Court apprised if there is a need for additional time. Defendants do not object to this request but join in it.

**WHEREFORE,** plaintiff asks that the time lines for Sections A, B and C of the Trial Preparation Order each be postponed by thirty days so that the due dates will be February 6, February 20 and March 3, all of which are business days.

RESPECTFULLY SUBMITTED
PLAINTIFF

By _____
Judith D. Meyer
Fed Bar No.: CT04976
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451
Tel. (860) 678-7711
Fax (860) 677-6832
e-mail: judithdmeyer@igc.org
HER ATTORNEY

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 17th day of December, 2003, to the following counsel of record:

Sheldon D. Myers, Esq.
Joseph McQuade, Esq.
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

_____
Judith D. Meyer