UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARA LEE | : |
| | : |
| -vs- | :  Civil No. 3:02 cv 819 (PCD) |
| | : |
| CITY OF HARTFORD, ET ALS | : |

ORDER ON MOTION FOR EXTENSION OF TIME

_____The plaintiff's motion for extension of time for thirty days to comply with the Court's TPO (Document #40) is hereby GRANTED.

Part A compliance will be filed on or before February 6, 2004; Part B shall be complied with on or before February 20, 2004; and Part C compliance will be filed on or before March 3, 2004, at which time this case will be deemed ready for trial.

SO ORDERED.

Dated at New Haven, Connecticut, December 19, 2003.

_____/s/_____
Peter C. Dorsey, Senior
United States District Judge