FILED
Feb 23  3 18 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLARA LEE,** | : | **DOCKET NO.: 3:02CV819 (PCD)** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **HARTFORD PUBLIC SCHOOLS,** | : | |
| Defendant. | : | February 20, 2004 |

### NOTICE OF SERVICE

This is to notify the Court that in compliance with the Trial Preparation Order dated December 11, 2003, Section A of the Order has been served upon Joseph McQuade, Esq., counsel for the defendant.

PLAINTIFF

By _____
Judith D. Meyer
Fed Bar No.: CT04976
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451
Tel. (860) 678-7711
Fax (860) 677-6832
e-mail: judithdmeyer@igc.org
HER ATTORNEY

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 20th day of February, 2004, to the following counsel of record:

Joseph McQuade, Esq.
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

                                                                                    _____
                                                                                    Judith D. Meyer