**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CLARA LEE**, | : | **CIVIL ACTION NO.:** |
| **Plaintiff,** | : | **3:02CV819 (PCD)** |
| | : | |
| **vs.** | : | |
| | : | |
| **HARTFORD PUBLIC SCHOOLS,** | : | |
| **Defendant.** | : | **MARCH 5, 2004** |

**<u>NOTICE OF SERVICE</u>**

This is to notify the Court that in compliance with the Trial Preparation Order dated

December 11, 2003, Section B of the Order has been served upon Judith D. Meyer, Esq., counsel

for the plaintiff.

DEFENDANT,
HARTFORD PUBLIC SCHOOLS

By_____
Joseph W. McQuade, ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
jmcquade@kemlaw.com
Their Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail on this the 5th

day of March 2004 to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT  06001-0451

 

 

Joseph W. McQuade

13150