**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CLARA LEE**, | : | **CIVIL ACTION NO.** |
|     Plaintiff, | : | **3:02CV819 (PCD)** |
| | : | |
| vs. | : | |
| | : | |
| **HARTFORD PUBLIC SCHOOLS,** | : | |
|     Defendant. | : | **MARCH 16, 2004** |

## **APPEARANCE**

Please enter my appearance on behalf of the defendant in this action in addition to any other appearances on file.

Dated this 16th day of March, 2004.

                                            DEFENDANT,
                                            HARTFORD PUBLIC SCHOOLS

                                      By_____
                                            Jennifer Lian Dixon, ct15914
                                            Kainen, Escalera & McHale, P.C.
                                            21 Oak Street, Suite 601
                                            Hartford, CT  06106
                                            Telephone (860) 493-0870
                                            Facsimile (860) 493-0871
                                            jdixon@kemlaw.com
                                            Their Attorneys

2

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing Appearance was sent via first class U.S. mail on this the 16th day of March, 2004 to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT  06001-0451

                                            Jennifer Lian Dixon

13260