**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CLARA LEE**, | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:02CV819 (PCD)** |
| | : | |
| **vs.** | : | |
| | : | |
| **HARTFORD PUBLIC SCHOOLS,** | : | |
| **Defendant.** | : | **MARCH 19, 2004** |

## GENERAL VERDICT WITH SPECIAL INTERROGATORIES

WE, THE JURY, FIND UNANIMOUSLY AS FOLLOWS:

### I.      RETALIATION CLAIM UNDER THE ADEA

Has Plaintiff proven by a preponderance of the evidence that the defendant, the Hartford Public Schools, intentionally retaliated against her for filing a complaint of age discrimination?

_____      Yes      (Proceed to Section II.)

_____      No      (Proceed to Section III.)

### II.     SPECIAL INTERROGATORIES NOS. 1 AND 2

Special Interrogatory No. 1

Did Plaintiff prove by a preponderance of the evidence that she suffered an adverse employment action?

_____      Yes

_____      No

Special Interrogatory No. 2

Did Plaintiff prove by a preponderance of the evidence that her filing of an age discrimination complaint was a determinative factor that actually made a difference in the Hartford Public Schools' decisions to transfer Plaintiff and not select her for the Executive Vice Principal position?

_____          Yes

_____          No

PROCEED TO SECTION III.

**III.     EQUAL PROTECTION CLAIM**

Has Plaintiff proven by a preponderance of the evidence that the Hartford Public Schools intentionally denied her equal protection of the laws in violation of Section 1983 and the United States Constitution?

_____          Yes     (Proceed to Section IV.)

_____          No      (Proceed to Section V.)

**IV.     SPECIAL INTERROGATORIES NOS. 3, 4, 5, and 6**

Special Interrogatory No. 3

Did Ms. Mahoney have the power to establish employment policies for the Hartford Public Schools?

_____          Yes

_____          No

Special Interrogatory No. 4

Were Ms. Mahoney's actions officially sanctioned or ordered by the Hartford Public Schools?

_____     Yes

_____     No

Special Interrogatory No. 5

Did any official of the Hartford Public Schools intentionally deny Plaintiff equal protection of the laws based on a policy or custom of the Hartford Public Schools to harass employees through the duties assigned to them?

_____     Yes

_____     No

Special Interrogatory No. 6

If you have found that the Hartford Public Schools intentionally denied Plaintiff equal protection of the laws in violation of Section 1983, did Plaintiff prove by a preponderance of the evidence that she suffered any injury as a result of the actions fairly attributable to the Hartford Public Schools?

_____     Yes

_____     No

PROCEED TO SECTION V.

**V.     DUE PROCESS CLAIM**

Has Plaintiff proven by a preponderance of the evidence that the Hartford Public Schools intentionally denied her due process in violation of Section 1983 and the United States Constitution?

_____     Yes     (Proceed to Section VI.)

_____     No     (Proceed to Section VII.)

3

VI.    **SPECIAL INTERROGATORIES NOS. 7, 8, 9, 10, and 11**

Special Interrogatory No. 7

Did Plaintiff have a protected property interest in the Hartford Public Schools' Policy and Administrative Manual?

_____         Yes

_____         No

Special Interrogatory No. 8

Did an official of the Hartford Public Schools who transferred Plaintiff to another position or did not give her equal consideration for the Executive Vice Principal position at Hartford Public High School have the power to establish employment policies for the Hartford Public Schools?

_____         Yes

_____         No

Special Interrogatory No. 9

Were the actions of transferring Plaintiff to another position or not giving her equal consideration for the Executive Vice Principal position at Hartford Public High School officially sanctioned or ordered by the Hartford Public Schools?

_____         Yes

_____         No

Special Interrogatory No. 10

Did any official of the Hartford Public Schools intentionally deny Plaintiff due process based on a policy or custom of the Hartford Public Schools to harass employees by transferring them to other positions or to not give employees equal consideration for employment opportunities?

_____     Yes

_____     No

Special Interrogatory No. 11

If you have found that the Hartford Public Schools intentionally denied Plaintiff due process in violation of Section 1983, did Plaintiff prove by a preponderance of the evidence that she suffered any injury as a result of the actions fairly attributable to the Hartford Public Schools?

_____     Yes

_____     No

PROCEED TO SECTION VII.

VII.     **BREACH OF CONTRACT CLAIM**

Has Plaintiff proven by a preponderance of the evidence that the Hartford Public Schools breached a contract?

_____     Yes     (Proceed to Section VIII.)

_____     No     (If you also answered "No" to Sections I, III, and V, proceed to Section X.

If you answered "Yes" to Sections I, III, or V, proceed to Section IX.)

5

## VIII.   SPECIAL INTERROGATORIES NOS. 12, 13, 14, and 15

Special Interrogatory No. 12

Did Plaintiff have a contract with the Hartford Public Schools requiring the Hartford
Public Schools to promptly and thoroughly investigate any harassment complaint, not
retaliate against Plaintiff for making such a complaint, and provide her with equal
consideration for an employment opportunity?

_____     Yes

_____     No

Special Interrogatory No. 13

Did the Hartford Public Schools fail to promptly and thoroughly investigate any
complaint of harassment by Plaintiff?

_____     Yes

_____     No

Special Interrogatory No. 14

Did the Hartford Public Schools retaliate against Plaintiff for making a complaint of
harassment?

_____     Yes

_____     No

Special Interrogatory No. 15

Did the Hartford Public Schools fail to provide Plaintiff with equal consideration for an
employment opportunity?

_____     Yes

_____     No

6

PROCEED TO SECTION IX.

**IX.** **DAMAGES**

A.   Nominal Damages

1.   Did you find that the Hartford Public Schools intentionally retaliated against Plaintiff, intentionally denied her equal protection of the laws, intentionally denied her due process, or breached a contract <u>and</u> she suffered no injury?

_____     Yes     (Proceed to Subpart 2.)

_____     No     (Proceed to Part B.)

2.   What amount of nominal damages, if any, is Plaintiff entitled to on each of her claims (if nominal damages are awarded, they are typically $1) if she suffered no injury for that claim?

a.   ADEA claim             $_____

b.   Equal protection claim     $_____

c.   Due process claim         $_____

d.   Breach of contract claim    $_____

IF YOU AWARDED NOMINAL DAMAGES FOR ALL OF PLAINTIFF'S CLAIMS, PROCEED TO PART D.  IF YOU AWARDED NOMINAL DAMAGES FOR ONLY SOME OF PLAINTIFF'S CLAIMS, PROCEED TO PART B.

B.   Back Pay Damages

If you found that the Hartford Public Schools intentionally retaliated against Plaintiff, intentionally denied her equal protection of the laws, intentionally denied her due process, or breached a contract, what reasonable amount, if any, is Plaintiff entitled to recover for lost wages?

Answer: _____

IF YOUR ANSWER IS $0, PROCEED TO PART D.  IF YOUR ANSWER IS AN AMOUNT OTHER THAN $0, PROCEED TO PART C.

C.     Special Interrogatory No. 16

Does the amount awarded in Part B for back pay include a deduction for the earnings made by Plaintiff after her transfer from the position of Executive Vice Principal at Weaver High School?

_____     Yes

_____     No

If yes, identify the amount you deducted.

Answer: _____

PROCEED TO PART D.

D.     Emotional Distress Damages

If your answer in Section III or Section V was "No," please proceed to Section E.  If your answer in Section III or Section V was "Yes," please answer the following interrogatory:

Special Interrogatory No. 17

If you found that the Hartford Public Schools intentionally denied Plaintiff equal protection of the laws or intentionally denied her due process, what reasonable amount, if any, is Plaintiff entitled to receive for any emotional distress caused by the Hartford Public Schools' conduct?

Answer: _____

PROCEED TO PART E.

    E.        <u>Liquidated Damages</u>

If your answer in Section I was "No," please proceed to Section X.  If your answer in Section I was "Yes," please answer the following interrogatory:

<u>Special Interrogatory No. 17</u>

Was the Hartford Public Schools' violation of the ADEA a willful violation?

_____        Yes

_____        No

PROCEED TO SECTION X.

**X.**    **<u>SIGNATURE AND DATE</u>**

You have now completed your deliberations.  Please sign and date this form.

Dated at New Haven, Connecticut, this _____ day of _____, 2004.


_____
Foreperson

13209