UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARA LEE, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:02CV819 (PCD) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS, | : | |
|    Defendant. | : | APRIL 1, 2004 |

**CERTIFICATION OF SERVICE OF DEFENDANT'S FIRST MOTION IN LIMINE**

Pursuant to Judge Dorsey's Supplemental Order Regarding Motion Filing, the defendants hereby certify that on the 19th day of March, 2004, they mailed Defendant's First Motion in Limine and Memorandum of Law in Support of Defendant's First Motion in Limine to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT  06001-0451

DEFENDANT,
HARTFORD PUBLIC SCHOOLS


By_____
       Joseph W. McQuade, ct12121
       Jennifer L. Dixon, ct15914
       Kainen, Escalera & McHale, P.C.
       21 Oak Street
       Hartford, CT  06106
       Telephone (860) 493-0870
       Facsimile (860) 493-0871
       jmcquade@kemlaw.com
       jdixon@kemlaw.com
       Their Attorneys

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CLARA LEE**, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV819 (PCD) |
| | : | |
| vs. | : | |
| | : | |
| **HARTFORD PUBLIC SCHOOLS**, | : | |
|     Defendant. | : | APRIL 1, 2004 |

### CERTIFICATION OF SERVICE OF DEFENDANT'S SECOND MOTION IN LIMINE

Pursuant to Judge Dorsey's Supplemental Order Regarding Motion Filing, the defendants hereby certify that on the 19th day of March, 2004, they mailed Defendant's Second Motion in Limine and Memorandum of Law in Support of Defendant's Second Motion in Limine to:

    Judith D. Meyer, Esq.
    Law Office of Judith D. Meyer
    152 Simsbury Road
    P.O. Box 451
    Avon, CT  06001-0451

DEFENDANT,
HARTFORD PUBLIC SCHOOLS


By  _____
        Joseph W. McQuade, ct12121
        Jennifer L. Dixon, ct15914
        Kainen, Escalera & McHale, P.C.
        21 Oak Street
        Hartford, CT  06106
        Telephone (860) 493-0870
        Facsimile (860) 493-0871
        jmcquade@kemlaw.com
        jdixon@kemlaw.com
        Their Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLARA LEE**, | : | CIVIL ACTION NO. |
|    **Plaintiff,** | : | 3:02CV819 (PCD) |
| | : | |
| vs. | : | |
| | : | |
| **HARTFORD PUBLIC SCHOOLS,** | : | |
|    **Defendant.** | : | APRIL 1, 2004 |

### CERTIFICATION OF SERVICE OF DEFENDANT'S THIRD MOTION IN LIMINE

Pursuant to Judge Dorsey's Supplemental Order Regarding Motion Filing, the defendants hereby certify that on the 19th day of March, 2004, they mailed Defendant's Third Motion in Limine and Memorandum of Law in Support of Defendant's Third Motion in Limine to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT  06001-0451

DEFENDANT,
HARTFORD PUBLIC SCHOOLS


By_____
        Joseph W. McQuade, ct12121
        Jennifer L. Dixon, ct15914
        Kainen, Escalera & McHale, P.C.
        21 Oak Street
        Hartford, CT  06106
        Telephone (860) 493-0870
        Facsimile (860) 493-0871
        jmcquade@kemlaw.com
        jdixon@kemlaw.com
        Their Attorneys

13474