UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARA LEE, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:02CV819 (PCD) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS, | : | |
|    Defendant. | : | APRIL 6, 2004 |

**CERTIFICATION OF SERVICE OF DEFENDANT'S FOURTH MOTION IN LIMINE**

      Pursuant to Judge Dorsey's Supplemental Order Regarding Motion Filing, the defendants hereby certify that on the 6th day of April, 2004, they mailed Defendant's Fourth Motion in Limine and Memorandum of Law in Support of Defendant's Fourth Motion in Limine to:

    Judith D. Meyer, Esq.
    Law Office of Judith D. Meyer
    152 Simsbury Road
    P.O. Box 451
    Avon, CT  06001-0451

DEFENDANT,
HARTFORD PUBLIC SCHOOLS


By_____
       Joseph W. McQuade, ct12121
       Jennifer L. Dixon, ct15914
       Kainen, Escalera & McHale, P.C.
       21 Oak Street
       Hartford, CT  06106
       Telephone (860) 493-0870
       Facsimile (860) 493-0871
       jmcquade@kemlaw.com
       jdixon@kemlaw.com
       Their Attorneys

13474