UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 19  3 24 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| CLARA LEE, | : |
| Plaintiff, | : |
| -vs- | : CIVIL NO. 3:02CV819 (PCD) |
| CITY OF HARTFORD, | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 19th day of April, 2004.

_____
Judith D. Meyer, Esq.
Attorney for Plaintiff

_____
Joseph W. McQuade, Esq.
Attorney for Defendant