UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
APR 19  3 24 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| CLARA LEE, | : |
|     Plaintiff, | : |
| -vs- | :    CIVIL NO. 3:02CV819 (PCD) |
| CITY OF HARTFORD, | : |
|     Defendant. | : |

### STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 19th day of April, 2004.

_____
Judith D. Meyer, Esq.
Attorney for Plaintiff

_____
Joseph W. McQuade, Esq.
Attorney for Defendant

**ORDER**

The case, having been reported settled and the parties having stipulated to its dismissal, the case is dismissed with prejudice, reserving to each party the right to reopen the case for the purpose of enforcing the settlement provided a request to reopen is filed not later than forty-five (45) days from the date of this Order. The court will retain jurisdiction for the purpose of any such request.

SO ORDERED.

Dated at New Haven, Connecticut, this 19th day of April, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court

FILED APR 19 4 03 PH '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.